Aksaray Turkish Cafe & Restaurant
1618 E16th Street
Brooklyn, NY 11229

| | |
|---|---|
| Server: Fahri A | |
| Check #226 | Table 11 |
| Guest Count: 4 | |
| Ordered: | 3/8/23 2:16 AM |
| Gratuity (15.00%) | $0.00 |
| Subtotal | $0.00 |
| Tip | $20.00 |
| Total | $368.70 |
| Credit Card | Contactless |
| Visa | xxxxxxxx6152 |
| Time | 2:55 AM |
| Transaction Type | Sale |
| Status | DENIED |
| Payment ID | fyCJ9xWcMkjy |
| Application ID | A0000000031010 |
| Application Label | VISA DEBIT |
| Card Reader | BBPOS |

VISA CARDHOLDER

Follow us on Instagram
@aksarayturkishrestaurant
Visit us at Aksaraynyc.com

Aksaray Turkish Cafe & Restaurant
1618 E16th Street
Brooklyn, NY 11229

| | |
|---|---|
| Server: Zozan D | |
| Check #195 | Table 11 |
| Guest Count: 5 | |
| Ordered: | 6/14/23 2:33 AM |
| 2 Hummus | $14.00 |
| 2 Large Shepherd Salad | $24.00 |
| Cheese | $5.00 |
| 5 Mixed Grill Platter | $150.00 |
| 2 Cheese | $6.50 |
| 5 Can Soda | $10.00 |
| 2 Lamb Chops Large | $54.00 |
| 3 Tres Leches | $18.00 |
| Gratuity (15.00%) | $42.22 |
| Subtotal | $323.72 |
| Tax | $24.97 |
| Total | $348.69 |
| Credit | -$348.69 |
| **Amount Due** | **$0.00** |

Follow us on Instagram
@aksarayturkishrestaurant
Visit us at Aksaraynyc.com

Place Your

Aksaray Turkish Cafe & Restaurant
1618 E16th Street
Brooklyn, NY 11229

Server: Teona L
Check #59 Table 22
Guest Count: 2
Ordered: 1/24/23 3:21 PM

| | |
|---|---|
| 2 Water | $3.00 |
| 1 Mixed Grill Platter | $30.00 |
| 1 Lamb Chops Large | $27.00 |
| 1 Tres Leches | $6.00 |
| 1 Brown-Top Pudding (Kazandibi) | $6.00 |
| Gratuity (15.00%) | $10.80 |
| Subtotal | $82.80 |
| Tax | $6.40 |
| Total | $89.20 |

Follow us on Instagram
@aksarayturkishrestaurant
Visit us at Aksaraynyc.com

RICAN
EXPRESS

Aksaray Turkish Cafe & Restaurant
1610 E16th Street
Brooklyn, NY 11229

Server: Zozan D
Check #259 Table 11
Guest Count: 2
Ordered: 3/26/22 12:01 AM

| | |
|---|---|
| 1 Tripe Soup | $7.00 |
| 1 Calves Liver | $11.00 |
| 1 Lentil Soup | $6.00 |
| 1 Medium Shepherd Salad | $8.00 |
| Medium Cheese | $2.00 |
| 2 Turkish Tea - Large | $6.00 |
| 2 Baklava (per piece) | $3.00 |
| Gratuity (15.00%) | $6.45 |

| | |
|---|---|
| Subtotal | $49.45 |
| Tax | $3.84 |
| Tip | $6.45 |
| Total | $59.74 |

| | |
|---|---|
| Input Type | C (EMV Chip Read) |
| VISA DEBIT | xxxxxxxx9453 |
| Time | 12:47 AM |

| | |
|---|---|
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 184971 |
| Payment ID | 9MJFLp9JLsKX |
| Application ID | A0000000031010 |
| Application Label | VISA DEBIT |
| Terminal ID | dc96fa9ffe159a41 |
| Card Reader | BBPOS |

VISA CARDHOLDER

Follow us on Instagram
@aksarayturkishrestaurant
Visit us at Aksaraynyc.com