12:44 · 5G 91%

# IMAGE DETAILS

Front | Back

202323

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

DATE 10/11/023 1-2/210

PAY TO THE ORDER OF Bayblox Child. $780.00

Seven Hundred Eighty Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈202323⑈ ⑆021000021⑆ 783207772⑈

12:44 · 90%

← IMAGE DETAILS | Front | Back

2766

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

DATE 07/19/023 1-2/210

PAY TO THE ORDER OF Babulon Child. $ 840 00/100

Eight Hundred Fourty Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

[signature]

⑈002766⑈ ⑆021000021⑆ 783207772⑈

12:44 🔒 90%

← IMAGE DETAILS

Front | Back

2706

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

DATE 6/25/22

1-2/210

PAY TO THE ORDER OF Babylon Child LLC. $ 720 00

Seven Hundred Twenty DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈002706⑈ ⑆021000021⑆ 783207772⑈

Security Features

Details on back

12:44 90%

IMAGE DETAILS

Front | Back

2528

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

1-2/210

DATE 04/19/2023

PAY TO THE ORDER OF Baublon Child $ 720.00

Seven Hundred Twenty Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈002528⑈ ⑆021000021⑆ 783207772⑈

12:45 90%

IMAGE DETAILS

Front | Back

2412

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

DATE 02/19/023 1-2/210

PAY TO THE ORDER OF Bablon Child. $720.00

Seven Hundred Twenty Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

Details on back
Security Features

⑈002412⑈ ⑆021000021⑆ 783207772⑈

12:45

90%

IMAGE DETAILS

Front | Back

[redacted]

2354

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

DATE 01/15/023 1-2/210

PAY TO THE ORDER OF Babylon Child $720.00

Seven Hundred Twenty DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

[illegible signature]

⑈002354⑈ ⑆021000021⑆ 783207772⑈

[redacted]

12:45 LTE 90%

IMAGE DETAILS

Front | Back

2118

AKSARAY INC.
1618 E 16TH ST.
BROOKLYN, NY 11229

DATE 08-28-2022 1-2/210

PAY TO THE ORDER OF Babylon Child $ 1080.00

One Thousand Eighty DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

Selcuk Green

⑈002118⑈ ⑆021000021⑆ 783207772⑈