UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SUZAN DOGAN,
Plaintiff,
– against –

AKSARAY, INC., BAKI GUVEN,
And YUSUF ALBARDAK,
Defendants,

Case No.: 24-cv-06362

ACCEPTANCE OF
RULE 68 OFFER OF
JUDGMENT,

---

**ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT BY PLAINTIFF**

**PLEASE TAKE NOTICE THAT, Plaintiff, SUZAN DOGAN, accepts** the Rule 68 Offer of Judgment of eighty-five thousand dollars ($85,000) to be paid by Defendants, to settle plaintiff's claim against them.

Dated ___4/21/25__

__/S/ Jeffrey E. Goldman__
JEFFREY E. GOLDMAN, ESQ.
260 Madison Ave., 15 Floor
New York, NY 10016
(212) 983-8999
Jeff@JGoldmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SUZAN DOGAN,

*Plaintiff,*

-against-

AKSARAY, INC. d/b/a AKSARAY TURKISH CAFÉ AND RESTAURANT, BAKI GUVEN, and YUSUF ALBARDAK,

*Defendants*.
--------------------------------------------------------------X

Case No.: 1:24-cv-06362-RPK-JRC

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Aksaray Inc. d/b/a Aksaray Turkish Café and Restaurant, Baki Guven and Yusef Albardak ("Defendants"), by their attorneys McLaughlin & Stern, LLP, hereby offer to allow judgment to be taken against them, jointly and severally, and in favor of Plaintiff Suzan Dogan ("Plaintiff") in the sum of Eighty-Five Thousand Dollars and Zero Cents ($85,000.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiff. The amount paid to Plaintiff shall be inclusive of all damages, liquidated damages, and interest in full and final resolution of all of Plaintiff's claims against Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action. If Plaintiff accepts this Offer of Judgment, the only payment due from Defendants in full resolution of this action shall be $85,000.00.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of any Defendant or

an admission that Plaintiff has suffered any damages or is in any way entitled to recovery of any sums, but rather is made solely for the purpose of compromising a disputed claim.

Acceptance of this Offer of Judgment will act to fully and finally release and discharge Defendants, including any of their successors, predecessors, affiliated entities, and all past and present owners, board members, directors, employees, representatives, insurers, agents, and assigns from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action, including all claims made pursuant to the Fair Labor Standards Act, New York Labor Law, and the New York Wage Theft Prevention Act, and all other statutory and non-statutory claims, whether known or unknown and whether asserted or unasserted, concerning or arising out of Plaintiff's employment or alleged employment with Defendants.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiff serves written notice of her acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: New York, New York
April 18, 2025

By: ______________________

Brett R. Gallaway, Esq.
MCLAUGHLIN & STERN, LLP
260 Madison Ave., 18th Floor
New York, New York 10016
Tel: (212) 448-1100
bgallaway@mclaughlinstern.com
*Attorneys for Defendants*

TO: Jeffrey E. Goldman, Esq.
260 Madison Ave., 15th Floor
New York, NY 10016
212-983-8999
jeff@jgoldmanlaw.com